UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* M. KEITH HODGES,<br><br>Plaintiff,<br><br>vs.<br><br>CVS CAREMARK CORP., et al,<br><br>Defendants. | Civil Action No. 15-2150 (RDM) |

## STIPULATION OF DISMISSAL

Relator Keith Hodges and the United States of America, by and through their respective undersigned counsel, hereby consent and stipulate to the voluntary dismissal of this action with prejudice as to Relator and without prejudice as to the United States, with each party to bear its own costs and fees.

Respectfully submitted,

**SANFORD HEISLER SHARP, LLP**

**By:**   */s/* Vincent McKnight
H. Vincent McKnight
D.C. Bar No. 293811
1666 Connecticut Ave, N.W.
Suite 300
Washington, D.C. 20009
(202) 499-5211
**Counsel for Plaintiff/Relator**

 */s/* Wynne Kelly
Wynne Kelly
U.S. Attorney's Office, District of Columbia
555 4th Street, NW
Washington, DC 20530
**Assistant United States Attorney**

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing will be delivered via Federal Express this 13th day of June, 2018 to Wynne Kelly, Esquire, Assistant United States Attorney, 555 Fourth St., NW, Washington, DC 20530.

                                              ___/s/_ Vincent McKnight_____
                                              H. Vincent McKnight